IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SEAN WELSH § | |
| § | |
| Plaintiff § | CIVIL ACTION NO. 3:15-CV-02265-L |
| § | |
| V. § | |
| § | |
| HERITAGE MANAGEMENT GROUP, INC. § | |
| and STEPHEN HUISENFELDT § | |
| Defendant § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW SEAN WELSH, Plaintiff, and HERITAGE MANAGEMENT GROUP, INC. and STEPHEN HUISENFELDT, Defendants, by and through their respective counsels of record, who now file this their Joint Stipulation of Dismissal. The parties have successfully resolved the matter between them and therefore desire to dismiss with prejudice each and every claim and cause of action between them as set forth in this litigation and request the entry of a dismissal reflecting same.

Respectfully submitted,

THE DASPIT LAW FIRM

By: _____

MICHAEL L. GRINSFELDER
Texas State Bar No. 24080919

952 Echo Lane, Suite 209
Houston, Texas 77024
Telephone: (713) 588-0383
Fax: (713) 587-9086
evan@daspitlaw.com

**ATTORNEYS FOR PLAINTIFF**

REED CARTER, P.L.L.C.

By: _____
Adam B. Reed
State Bar No. 24002811
adam@reedcarterlaw.com

Christopher C. Carter
State Bar No. 24031800
chris@reedcarterlaw.com

10440 N. Central Expressway
Suite 800
Dallas, Texas 75231

Telephone Number: (214) 540-7730
Facsimile Number: (469) 854-2261

**ATTORNEY FOR DEFENDANTS**